# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ANN VERCHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00895-SAB<br><br>ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF Nos. 17, 18) |

Carrie Ann Verches ("Plaintiff") filed the complaint in this action on July 20, 2022. (ECF No. 1.) On October 27, 2022, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 15, 16.) On January 26, 2023, Plaintiff filed a motion for the award of attorney fees in the amount of $822.32 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 17.) On January 27, 2023, the parties filed a stipulation for the award of the same. (ECF No. 18.) The stipulation specifies the award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.) The Court shall grant the motion as unopposed in light of the stipulation of the parties.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff's motion, (ECF No. 17), is GRANTED, and Plaintiff is awarded attorney fees under the EAJA in the amount of $822.32.

IT IS SO ORDERED.

Dated:   **January 27, 2023**

UNITED STATES MAGISTRATE JUDGE

2